UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Monty Ray Souther

_____
Write the full name of each plaintiff.

VA·
Russian   China

-against-

Donald Trump
Seretsin Opyatiuks
Joanne C Smith
☒ Catholic Church

_____
Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

_____CV_____
(Include case number if one has been assigned)

**COMPLAINT**

Do you want a jury trial?
☐ Yes    ☐ No

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_Freedom of Region - Phone tapped - GPS tampered with_

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
                  (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, **Donald Trump**, is incorporated under the laws of the State of **NY, Washington, FL**

and has its principal place of business in the State of **NY, FL**

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in **US**.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**Monty** / **Ray** / **Souther**
First Name / Middle Initial / Last Name

**Burgo CT**
Street Address

**Havelock** / **NC** / **28532**
County, City / State / Zip Code

**828-366-6456** / **RuthSmo@...**
Telephone Number / Email Address (if available)

MoshaSouther7@gmail

Monty Ray Souther
Homeless

Page 3

B. **Defendant Information** (See Attached)

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Donald Trump
First Name / Last Name

Ex President
Current Job Title (or other identifying information)

NY Trump Tower
Current Work Address (or other address where defendant may be served)

County, City        State        Zip Code

Defendant 2: Catholic Church
First Name / Last Name

Catholic Church
Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City        State        Zip Code

Defendant 3: Russia
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City        State        Zip Code

Page 4

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Bill & Hillary CLintons
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City / State / Zip Code

Defendant 2:
First Name / Last Name
STATE DEPT

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City / State / Zip Code

Defendant 3:
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City / State / Zip Code

Monty Souter

Page 4

Defendant

China

Russia

Catholic Church

Joanne Smith

VA

Serbin operatves / Russia

Donal Trump

Defendant 4:

First Name: V.A.

Last Name:

Current Job Title (or other identifying information):

Current Work Address (or other address where defendant may be served):

County, City      State      Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: For over 2 years

Date(s) of occurrence: the person a persons unknown

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

to me have placed a Audio implant to control Behavior agnst my will there are people who know of what I speak — I have been Gang stalked

I'm a 100% pdv who suffers from PTSD Along with Crome pain as a result the Trumpster have Harrased me

Doctors at the VA told me (I have a cancer that their is No Known cure I went to a Dr in OR who let student doctor use me a a lab Rat then he told me that "You owe it to us to let us work on you

Page 5

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I can't sleep — constant Running they use phsic tetnexis use med marajane I have pain every day for 20 + years I have foot pain that is constant

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I want my passport so I can go home to Israel

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: Aug 19 2021

Plaintiff's Signature: [signature]

First Name: Monty
Middle Initial: R
Last Name: Soother

Street Address: Homeless

County, City: _____
State: _____
Zip Code: _____

Telephone Number: _____
Email Address (if available): Moshasoother@gmails[?]

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.