UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONTY RAY SOUTHER,

                Plaintiff,

-against-

RUSSIAN; VA.; CHINA; DONALD TRUMP; SERETSIN OPRATIVES; JOANNE C. SMITH; CATHOLIC CHURCH; BILL & HILLERY CLINTONS; STATE DEPT.,

                Defendants.

1:21-CV-7035 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued September 20, 2021, dismissing this action as frivolous,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed as frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court make a copy of this judgment available to Plaintiff via email and note service on the docket.[1]

SO ORDERED.

Dated: September 20, 2021
          New York, New York

                               /s/ Laura Taylor Swain
                               LAURA TAYLOR SWAIN
                               Chief United States District Judge

---

[1] Plaintiff alleges that he is homeless and provides no mailing address. But he does provide an email address in his complaint and in his *in forma pauperis* application. (ECF 2, at 9; ECF 1, at 2.)